IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD B. ANTOINE,
A-036-807-887,

    Petitioner,

vs.                                             Case No. 4:11cv519-RH/WCS

ERIC H. HOLDER JR., et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    Petitioner initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  Respondents filed a response on December 16, 2011, doc. 11, and Petitioner filed a "follow up request to be released from ICE administrative detention supporting the *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241."  Doc. 12.  Petitioner's motion, dated December 20th, but not received and filed until December 22, 2011, was denied in a court order, doc. 13, dated January 6, 2012.  Petitioner's copy of the order was returned to the Court marked "undeliverable."  Doc. 14.  An order was entered seeking clarification on Petitioner's status, doc. 15, and Respondents have now filed a motion to dismiss.  Doc. 16.  The motion asserts that

Petitioner was "removed from the United States to Grenada on December 30, 2011."

*Id.*

Accordingly, no further action need be taken on this case as Petitioner has essentially been granted the relief he sought - release from detention.  Petitioner has been removed from the United States, and this petition is moot.  The motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 16, be **GRANTED**, and the petition for writ of habeas corpus filed under 28 U.S.C. § 2241, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2012.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**